**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Matthew John Majernik            CHAPTER 13
                 Debtor(s)

                                          BKY. NO. 22-11096 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

                                          Respectfully submitted,

                                  /s/ *Rebecca Solarz*
                                  Rebecca Solarz
                                  12 May 2022, 10:53:50, EDT

                                  KML Law Group, P.C.
                                  701 Market Street, Suite 5000
                                  Philadelphia, PA 19106-1532
                                  (215) 627-1322