UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                      Bankr. Case No. 22-11096-MDC

Matthew John Majernik                                                           Chapter 13

    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), ACAR Leasing Ltd. d/b/a GM Financial Leasing hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        ACAR Leasing Ltd. d/b/a GM Financial Leasing
        PO Box 183853
        Arlington, TX  76096

By  /s/  Lorenzo Nunez_____

Lorenzo Nunez
PO Box 183853
Arlington, TX  76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                      Bankr. Case No. 22-11096-MDC

Matthew John Majernik                                                                       Chapter 13
    Debtor(s)

**Certificate of Service**
This Request for Notice was served electronically on the following individuals on May 16, 2022 :

DAVID M OFFEN                                   Kenneth E West
601 Walnut Street                               Office of the Chapter 3 Standing Trustee
Suite 160 West                                  1234 Market Street Ste 1813
Philadelphia, PA 19106                          Philadelphia, PA 19107

By  /s/ Lorenzo Nunez_____
    Lorenzo Nunez

xxxxx92180 / 1056221