Certificate Number: 12433-PAE-DE-036611816

Bankruptcy Case Number: 22-11096



12433-PAE-DE-036611816

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 12, 2022, at 3:38 o'clock PM EDT, Matthew J. Majernik completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  June 13, 2022              By:    /s/Lisa Susoev

                                  Name:  Lisa Susoev

                                  Title: Teacher