# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                   Chapter 13

MATTHEW JOHN MAJERNIK            Bankruptcy No. 22-11096-MDC

825 Wyoming Avenue

Croydon, PA 19021

      Debtor

## CERTIFICATE OF SERVICE

      **AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
      MATTHEW JOHN MAJERNIK

      825 Wyoming Avenue

      Croydon, PA 19021

**Counsel for debtor(s), by electronic notice only.**
      DAVID OFFEN ESQUIRE
      601 WALNUT ST., SUITE 160 WEST

      PHILADELPHIA, PA 19106-

**Counsel for the United States Trustee, by electronic notice only.**
      Office of the U.S. Trustee
      Eastern District of Pennsylvania
      833 Chestnut Street, Suite 500
      Philadelphia, PA  19107

Date: 6/28/2022                                                                          /s/ Kenneth E. West

                                                                      _____
                                                                      Kenneth E. West, Esquire
                                                                      Chapter 13 Standing Trustee