### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>MATTHEW JOHN MAJERNIK,<br><br>Debtor. | : CHAPTER 13<br>:<br>: Bankruptcy No.: 22-11096 (MDC)<br>:<br>: Hearing Date: August 2, 2022<br>: Hearing Time: 10:30 a.m.<br>: Hearing Place: Courtroom #2<br>: |

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Mary Majernik ("Mary"), by and through her counsel, Obermayer Rebmann Maxwell & Hippel, LLP, has filed a Motion for Relief From the Automatic Stay pursuant to 11 U.S.C. §362 (the "Motion").

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case (if you do not have an attorney, you may wish to consult an attorney).

1.  If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then on or before **July 21, 2022** you or your attorney must do all of the following:

    (a) File an answer explaining your position at the United States Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, PA 19107-4299

    If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) Mail a copy to the attorney for the Movant:

    Turner N. Falk, Esquire
    OBERMAYER REBMANN MAXWELL & HIPPEL, LLP
    Centre Square West, Suite 3400
    1500 Market Street
    Philadelphia, PA 19102
    Telephone: (215) 665-3012
    Facsimile: (215) 665-3165

2.  If you or your attorney do not take the steps described above and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

4871-6997-9173

      3.      A hearing on the Motion is scheduled to be held before the Honorable Magdeline D. Coleman, Chief United States Bankruptcy Judge on **August 2, 2022 at 10:30 a.m.**, in Courtroom #2, U.S. Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107-4299.

      4.      If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.      You may contact the Bankruptcy Clerk's Office at 215-408-2800 to determine whether the hearing has been canceled because no one filed a response thereto.

4871-6997-9173

2