# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 13 |
| MATTHEW JOHN MAJERNIK | Bankruptcy No.: 22-11096 (MDC) |
| Debtor. | |

### ORDER GRANTING MOTION OF MARY MAJERNIK FOR RELIEF FROM THE AUTOMATIC STAY OF 11 U.S.C. § 362 TO PROCEED WITH DIVORCE PROCEEDINGS

AND NOW, this _____ day of _____, 2022, upon consideration of the Motion of Mary Majernik ("Mary") for relief from the automatic stay for cause to continue the Divorce Action (the "Motion")[1] and cause therefore having been demonstrated, it is hereby ORDERED as follows:

1. The Motion is GRANTED and the automatic stay of Section 362 of the Bankruptcy Code is vacated to permit the continuation and conclusion of the Divorce Action, Support Action and Custody Action, including the entry of a final judgment for equitable distribution, alimony, child support and other relief.

2. Mary shall not seek to enforce any final judgment for equitable distribution until the termination of the automatic stay or further order of this Court.

3. Mary shall not seek any sanctions or shifting of expenses on account of any delay in the Divorce Action, Support Action and Custody Action caused by the automatic stay.

4. The request to vacate the fourteen (14) day stay pursuant Fed. R. Bankr. P. 4001(a)(3) is GRANTED. This Order is effective immediately upon entry.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed in the Motion.

4853-5274-3469

BY THE COURT:

_____
Honorable Magdeline D. Coleman
Chief United States Bankruptcy Judge