United States Bankruptcy Court
Eastern District of Pennsylvania

In re: | Case No. 22-11096-mdc
Matthew John Majernik | Chapter 13
   Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 03, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2022:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| db | + Matthew John Majernik, 825 Wyoming Avenue, Croydon, PA 19021-6715 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2022           Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| DAVID M. OFFEN | on behalf of Debtor Matthew John Majernik dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| TURNER N. FALK | on behalf of Creditor Tom and Janet Swayne turner.falk@obermayer.com coleen.schmidt@obermayer.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 03, 2022 | Form ID: pdf900 | Total Noticed: 1 |

TURNER N. FALK
    on behalf of Creditor Mary Majernik turner.falk@obermayer.com coleen.schmidt@obermayer.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | **CHAPTER 13** |
| : | |
| **MATTHEW JOHN MAJERNIK** : | **Bankruptcy No.: 22-11096 (MDC)** |
| : | |
| Debtor. : | |
| : | |

**ORDER GRANTING MOTION OF MARY MAJERNIK FOR**
**RELIEF FROM THE AUTOMATIC STAY OF 11 U.S.C. § 362**
**TO PROCEED WITH DIVORCE PROCEEDINGS**

AND NOW, this ___3rd___ day of ___August___ 2022, upon consideration of the Motion of Mary Majernik ("Mary") for relief from the automatic stay for cause to continue the Divorce Action (the "Motion")[1] and cause therefore having been demonstrated, it is hereby ORDERED as follows:

1. The Motion is GRANTED and the automatic stay of Section 362 of the Bankruptcy Code is vacated to permit the continuation and conclusion of the Divorce Action, Support Action and Custody Action, including the entry of a final judgment for equitable distribution, alimony, child support and other relief.

2. Mary shall not seek to enforce any final judgment for equitable distribution until the termination of the automatic stay or further order of this Court.

3. Mary shall not seek any sanctions or shifting of expenses on account of any delay in the Divorce Action, Support Action and Custody Action caused by the automatic stay.

4. The request to vacate the fourteen (14) day stay pursuant Fed. R. Bankr. P. 4001(a)(3) is GRANTED. This Order is effective immediately upon entry.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed in the Motion.

4853-5274-3469

BY THE COURT:

_Magdeline D. Coleman_
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

4853-5274-3469

2