**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | : | **CHAPTER 13** |
|---|---|---|
| **IN RE:** | : | |
| | : | **Bankruptcy No.: 22-11096 (MDC)** |
| **MATTHEW JOHN MAJERNIK,** | : | |
| | : | **Hearing Date: October 4, 2022** |
| Debtor. | : | **Hearing Time: 10:30 a.m.** |
| | : | **Hearing Place: Courtroom #2** |
| | : | |

## NOTICE OF OBJECTION TO CLAIM OF EXEMPTION AND HEARING DATE

Mary Majernik and Thomas and Janet Swayne, by and through their counsel, Obermayer Rebmann Maxwell & Hippel, LLP, have filed a Joint Objection to the Debtor's Claimed Exemptions (the "Objection") in this bankruptcy case.

1. **Your claim of exemption may be eliminated or changed by the court because an objection has been filed. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

2. **If you do not want the court to eliminate or change your claim of exemption**, or if you want the court to consider your views, you or your lawyer must attend the hearing on the objection, scheduled to be held on October 4, 2022, at 10:30 a.m., in Courtroom #2, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107-4299.

Date: September 8, 2022       By:   */s/ Turner N. Falk*
                                    Turner N. Falk, Esquire
                                    OBERMAYER REBMANN MAXWELL & HIPPEL LLP
                                    Centre Square West
                                    1500 Market Street, Suite 3400
                                    Philadelphia, PA  19102
                                    Telephone: (215) 665-3012
                                    Facsimile: (215) 665-3165
                                    Email: turner.falk@obermayer.com
                                    *Counsel to Mary Majernik and Tom and Janet Swayne*

4894-4821-7650 v1