**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | : | |
|---|---|---|
| **In re:** | : | **CHAPTER 13** |
| | : | |
| **MATTHEW JOHN MAJERNIK** | : | Bankruptcy No.: 22-11096 (MDC) |
| | : | |
| **Debtor.** | : | |
| | : | |

**CERTIFICATION OF NO OBJECTION**
**REGARDING MOTION OF MARY MAJERNIK AND**
**TOM AND JANET SWAYNE TO DISMISS OR CONVERT CASE**

The undersigned hereby certifies that, as of September 23, 2022, Counsel for Mary Majernik ("Mary") and Tom and Janet Swayne (the "Swaynes", collectively with Mary the "Movants"), has received no answer, objection or other responsive pleading to the Motion to Dismiss or Convert, document no. 28 filed on September 8, 2022.  The undersigned further certifies that I have reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion to Dismiss or Convert appears thereon.  Pursuant to Notice of the Motion to Dismiss or Convert, objections to the Motion to Dismiss or Convert were to be filed and served no later than September 22, 2022.

It is hereby respectfully requested that the Order attached to the Motion to Dismiss or Convert be entered at the earliest convenience of the Court.

Dated: September 23, 2022         By:    */s/ Turner N. Falk*
                                   Turner N. Falk, Esquire
                                   OBERMAYER REBMANN MAXWELL & HIPPEL LLP
                                   Centre Square West
                                   1500 Market Street, Suite 3400
                                   Philadelphia, PA  19102
                                   Telephone: (215) 665-3012
                                   Facsimile: (215) 665-3165
                                   Email: turner.falk@obermayer.com
                                   *Counsel to Mary Majernik and Tom and Janet Swayne*

4888-0484-3060 v1-9/23/22