*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Matthew John Majernik
    Debtor(s)

Case No: 22–11096–mdc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Joint Objection to Debtor's Claim of Exemptions Re–noticed) and to Confirmation of Debtor's Chapter 13 Plan Filed by TURNER N. FALK on behalf of Mary Majernik, Tom and Janet Swayne

    on: 10/6/22

    at: 11:00 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

Date: 10/3/22

For The Court

Timothy B. McGrath
Clerk of Court

38 – 30
Form 167