```
              IN THE UNITED STATES BANKRUPTCY COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA


   IN RE:                  :    CHAPTER 13
                           :
   Matthew John Majernik   :    No.  22-11096-MDC
        Debtor             :
```

MATTHEW JOHN MAJERNIK'S REMOTE WITNESS LIST
AND EXHIBIT LIST FOR HEARING ON MOTION
TO DISMISS OR CONVERT, NOVEMBER 8, 2022

In accordance with the order of this Court, Debtor Matthew John Majernik, submits the following Remote Witness List and Exhibit List:

**Remote Witness List**

1. a. Matthew John Majernik, Debtor

   b. Matthew John Majernik will testify as to the state of his shared finances and assets, and issues relating to the debtor's assets and/or pre-petition issues as related to the issues raised by the Creditor spouse pleadings and Tom and Janet Swayne.

   c. mmajer1221@gmail.com

   d. Croydon, PA

   e. Witness will testify from her home.

   f. No one else will be present in the room with this witness.

   g. Witness will only have access to the documents included on this Exhibit List, and any exhibits served by any other parties for the purposes of cross-examination.

2. a. Mary Majernik, Debtor's spouse and Creditor, regarding

her finances and assets, and related to allegations as set forth in any of the pleadings that her counsel has filed on her behalf with the Court, or on her parents Tom and Janet Swayne's behalf with the Court, and other information as relevant to this case. Other information concerning Mary Majernik is listed in Mary Majernik's Witness and Exhibit list.

3. a.  Shannon Doman, Esquire, Family Law Counsel to Matthew John Majernik in the State Court proceeding.

    b.  Attorney Shannon Doman will testify regarding issues in the family law case regarding debtor's finances and financial situation and other items related to the documents filed by Mary Majernik which testimony will show is relevanr to the issues raised by Mary Majernik and her parents in this case.

    c.  Shannon@phillyesq.com

    d.  Feasterville, Pa.

    e.  Mr. Doman will testify from his office or his home. Debtor's home or place of employment

    f.  No one else will be present when Mr. Doman test

    g.  xxx

## Exhibit List

1. DI #1: Debtor's petition and schedules
2. DI #2: Debtor's Chapter 13 Plan
3. DI #16: Chapter 13 trustee's objection to confirmation
4. DI #18: Mary Majernik and Thomas and Janet Swayne's

Objection to confirmation and to exemptions

5. DI #19: Mary Majernik's motion for relief from stay

6. DI #22: Debtor's response to motion for relief from stay

7. DI #25: Order granting motion for relief from stay

8. DI #32: Mary Majernik Janet and Tom Swayne's motion to dismiss or convert

9. DI #36: Debtor's response to motion to dismiss or convert

10. DI #39: Debtor's amended statyement of financial affairs

11. DI #40: Debtor's amended schedule E/F

12. DI #41: Debtor's First Amended Chapter 13 Plan

13. DI #42: Response to Joint Objections of Mary Majernik and Janet and Tom Swayne to Debtor's Claimed Exemptions and to Confirmation of Debtor's Plan.

14. DI #44: Debtor's amended schedule A/B.

Respondent reserves the right to supplement this exhibit list, and will provide any supplemental exhibits to the Court and all parties.

                                        Respectfully submitted,

                                        /s/ David M. Offen
                                        Attorney for Debtor
                                        Suite 160 West, Curtis Ctr.
                                        601 Walnut Street
                                        Philadelphia, PA 19106
                                        215-625-9600

Dated: 11/1/2022

A copy of this Exhibit is being served on Turner N. Falk, Esquire, and LeeAne Huggins, Esq, counsel for the Chapter 13 Trustee.