IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 13 |
| MATTHEW JOHN MAJERNIK | Bankruptcy No.: 22-11096 (MDC) |
| Debtor. | |

**ORDER SUSTAINING JOINT OBJECTION OF MARY MAJERNIK AND TOM AND JANET SWAYNE TO THE DEBTOR'S CLAIMED EXEMPTIONS**

AND NOW, on this 2nd day of November 2022, upon consideration of the Objection[1] to the Debtor's claimed exemptions and to confirmation of the Debtor's Chapter 13 Plan and after an opportunity to be heard, and cause therefore having been shown, it is hereby ORDERED as follows:

1. Mary's objection to exemptions is SUSTAINED. The Property and the Debtor's 401(k) are not exempt as to Mary.

2. The Swaynes' objection to exemptions is SUSTAINED. The Property is not exempt as to the Swaynes.

BY THE COURT:

*Magdeline D. Coleman*

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

---

[1] All capitalized terms herein have the same meaning as in the Objection.

4890-3190-1495 v1