## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | **CHAPTER 13** |
| **MATTHEW JOHN MAJERNIK** | **Bankruptcy No.: 22-11096 (MDC)** |
| **Debtor.** | |

### NOTICE OF SUBSTITUTION OF ATTORNEY

Under Local Bankruptcy Rule 2091-1, the undersigned notifies the Court that Michael D. Vagnoni, Esq. will be substituted as attorney of record for Creditors, Mary Majernik and Tom and Janet Swayne in this case.

Date: November 4, 2022          */s/ Turner N. Falk*
                                Signature of Withdrawing Attorney


Date: November 4, 2022          */s/ Michael D. Vagnoni*
                                Signature of Entering Attorney

4866-8464-6973 v1