# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13** |
| | : | |
| **MATTHEW JOHN MAJERNIK,** | : | **Bankruptcy No.: 22-11096 (MDC)** |
| | : | |
| Debtor. | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, Michael D. Vagnoni, Esquire, hereby certify that on November 4, 2022 a true and correct copy of the Motion In Limine of Mary Majernik and Thomas and Janet Swayne to Preclude the Introduction of Certain Evidence was served via the Court's CM/ECF system and/or Electronic Mail as indicated below, upon the individuals listed on the attached service list.

> */s/ Michael D. Vagnoni*
> Michael D. Vagnoni, Esquire

4874-6952-0445 v1

## SERVICE LIST

<u>Via CM/ECF Electronic Mail</u>

DAVID M. OFFEN, Esq., as counsel for Debtor, Matthew John Majernik
The Curtis Center
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106
dmo160west@gmail.com

United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov

KENNETH E. WEST, Esq., United States Trustee
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107
ecfemails@ph13trustee.com