United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 22-11096-mdc
Matthew John Majernik  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: admin    Page 1 of 2
Date Rcvd: Nov 02, 2022    Form ID: pdf900    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Matthew John Majernik, 825 Wyoming Avenue, Croydon, PA 19021-6715 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2022      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| DAVID M. OFFEN | on behalf of Debtor Matthew John Majernik dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |

District/off: 0313-2     User: admin     Page 2 of 2
Date Rcvd: Nov 02, 2022     Form ID: pdf900     Total Noticed: 1

TURNER N. FALK
   on behalf of Creditor Mary Majernik turner.falk@obermayer.com coleen.schmidt@obermayer.com

TURNER N. FALK
   on behalf of Creditor Tom and Janet Swayne turner.falk@obermayer.com coleen.schmidt@obermayer.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : CHAPTER 13 |
| | : |
| MATTHEW JOHN MAJERNIK | : Bankruptcy No.: 22-11096 (MDC) |
| | : |
| Debtor. | : |

**ORDER SUSTAINING JOINT OBJECTION OF MARY MAJERNIK AND TOM AND JANET SWAYNE TO THE DEBTOR'S CLAIMED EXEMPTIONS**

AND NOW, on this __2nd__ day of _____November_____ 2022, upon consideration of the Objection[1] to the Debtor's claimed exemptions and to confirmation of the Debtor's Chapter 13 Plan and after an opportunity to be heard, and cause therefore having been shown, it is hereby ORDERED as follows:

1. Mary's objection to exemptions is SUSTAINED. The Property and the Debtor's 401(k) are not exempt as to Mary.

2. The Swaynes' objection to exemptions is SUSTAINED. The Property is not exempt as to the Swaynes.

BY THE COURT:

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

---

[1] All capitalized terms herein have the same meaning as in the Objection.

4890-3190-1495 v1