**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | CHAPTER 13 |
| MATTHEW JOHN MAJERNIK | Bankruptcy No.: 22-11096 (MDC) |
| Debtor. | |

**MARY MAJERNIK AND TOM AND JANET SWAYNE'S AMENDED REMOTE WITNESS LIST FOR HEARING ON MOTION TO DISMISS OR CONVERT, NOVEMBER 8, 2022**

Pursuant to the order of this Court, Mary Majernik ("Mary") and Tom and Janet Swayne (the "Swaynes"), submit the following Amended Remote Witness List:

**Amended Remote Witness List**

3.    a.    Matthew John Majernik, Debtor

      b.    Matthew John Majernik will testify as to the state of his shared finances and assets, and issues relating to the debtor's assets and/or pre-petition issues as related to the issues raised by the Creditor spouse pleadings and Tom and Janet Swayne.

      c.    mmajer1221@gmail.com

      d.    Croydon, PA

      e.    Witness will testify from his home.

      f.    No one else will be present in the room with this witness.

      g.    Witness will only have access to the documents included on this Exhibit List, and any exhibits served by any other parties for the purposes of cross-examination.

4887-8583-6349 v1

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: November 7, 2022 | By: */s/ Michael D. Vagnoni*<u>           </u><br>Michael D. Vagnoni, Esquire<br>OBERMAYER REBMANN MAXWELL & HIPPEL LLP<br>Centre Square West, Suite 3400<br>1500 Market Street<br>Philadelphia, PA 19102<br>P: 215.665.3000<br>F: 215.665.3165<br>*Attorneys for Mary Majernik and Thomas and Janet Swayne* |