IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :       Chapter 13

Matthew John Majernik           :       No. 22-11096-MDC
   Debtor

**PRAECIPE TO WITHDRAW**

    Pursuant to the above-captioned matter, kindly withdraw the Certificate of No Response to the Motion to Sell Property Free and Clear, Document No. 77, as it was filed prematurely on 03/15/2023.

/s/ David M. Offen
David M. Offen, Esquire
Curtis Center, 1st Fl., Ste. 160 W
601 Walnut Street
Philadelphia, PA  19106
215-625-9600

Dated:  March 15, 2023