IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Matthew John Majernik | : | No. 22-11096-mdc |
| **Debtor** | : | |

CERTIFICATION OF NO RESPONSE TO
MOTION TO SELL PROPERTY FREE AND CLEAR

I hereby certify that I have received no answer, objection or other responsive pleading to the Motion to Sell Property Free and Clear and respectfully request that the Order attached to the Motion be approved.

Dated: 03/20/2023

/s/ David M. Offen
**Attorney for Debtor**
**Suite 160 West, Curtis Ctr.**
601 Walnut Street
Philadelphia, PA 19106
215-625-9600