IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13

Matthew John Majernik : Case No. 22-11096-MDC

Debtor(s)

NOTICE OF PRAECIPE TO CHANGE ADDRESS

Pursuant to the above-captioned matter, kindly mark the court record of the Debtor's new address as follows:

# 237 Jacksonville Road, Apt. B37
# Hatboro, PA  19040

/s/ David M. Offen
David M. Offen, Esquire
Curtis Center, 1st Fl., Ste 160 W
601 Walnut Street
Philadelphia, PA 19106
215-625-9600

Dated:  March 24, 2023