**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13** |
| | : | |
| Matthew John Majernik | : | **NO.** 22-11096-mdc |

### O R D E R

**AND NOW**, this 29th day of March, 2023, upon consideration of the Motion to Sell Real Property filed by Debtor, upon notice to all interested parties, and any response thereto, it is hereby

**ORDERED**, that Debtor is authorized to sell his real property located at 825 Wyoming Avenue, Croydon, PA 19021 and the vacant lot ("Property"), with all liens to be paid at closing, for the sale price of $258,001.00 (two hundred fifty eight thousand and one dollars), pursuant to the terms of a certain real estate agreement of sale dated as of January 31, 2023 to the Buyer(s) thereunder, JMAC Investments Signing Representative James McCafferty.

The proceeds of the sale, shall be distributed in the following manner:

The Mortgage shall be paid off in full at settlement along with any other items such as real estate taxes, sewer, trash, utilities and any real estate commission in an amount not greater than 6.00%

The funds pursuant to the stipulation between Mary Majernik, Tom and Janet Swayne and the Debtor shall be disbursed at settlement.

After receiving the permission of the Chapter 13 Standing Trustee, the remaining funds may be paid to the Debtor.

The 14 day appeal period is hereby waived.

The title clerk shall fax a completed HUD-1 or settlement sheet from the closing directly to the Trustee immediately upon the close of the settlement, and the Trustee shall promptly notify the title company of his approval or objections to the sums to be disbursed. Upon Trustee approval, the title clerk shall fax a copy of the disbursement check to the Trustee, is applicable and shall immediately transmit the actual disbursement check to the Trustee by overnight courier.

**BY THE COURT:**

_____
**MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE**