United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 22-11096-mdc

Matthew John Majernik    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Mar 29, 2023     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Matthew John Majernik, 237 Jacksonville Road, Apt. B37, Hatboro, PA 19040-2647 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| DAVID M. OFFEN | on behalf of Debtor Matthew John Majernik dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 29, 2023 | Form ID: pdf900 | Total Noticed: 1 |

MICHAEL D. VAGNONI
    on behalf of Creditor Mary Majernik michael.vagnoni@obermayer.com
    Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com

MICHAEL D. VAGNONI
    on behalf of Creditor Tom and Janet Swayne michael.vagnoni@obermayer.com
    Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13** |
| | : | |
| Matthew John Majernik | : | **NO.** 22-11096-mdc |

**O R D E R**

**AND NOW**, this 29th day of March, 2023, upon consideration of the Motion to Sell Real Property filed by Debtor, upon notice to all interested parties, and any response thereto, it is hereby

**ORDERED**, that Debtor is authorized to sell his real property located at 825 Wyoming Avenue, Croydon, PA 19021 and the vacant lot ("Property"), with all liens to be paid at closing, for the sale price of $258,001.00 (two hundred fifty eight thousand and one dollars), pursuant to the terms of a certain real estate agreement of sale dated as of January 31, 2023 to the Buyer(s) thereunder, JMAC Investments Signing Representative James McCafferty.

The proceeds of the sale, shall be distributed in the following manner:

The Mortgage shall be paid off in full at settlement along with any other items such as real estate taxes, sewer, trash, utilities and any real estate commission in an amount not greater than 6.00%

The funds pursuant to the stipulation between Mary Majernik, Tom and Janet Swayne and the Debtor shall be disbursed at settlement.

After receiving the permission of the Chapter 13 Standing Trustee, the remaining funds may be paid to the Debtor.

The 14 day appeal period is hereby waived.

The title clerk shall fax a completed HUD-1 or settlement sheet from the closing directly to the Trustee immediately upon the close of the settlement, and the Trustee shall promptly notify the title company of his approval or objections to the sums to be disbursed. Upon Trustee approval, the title clerk shall fax a copy of the disbursement check to the Trustee, is applicable and shall immediately transmit the actual disbursement check to the Trustee by overnight courier.

**BY THE COURT:**

*Magdeline D. Coleman*
**MAGDELINE D. COLEMAN**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**