IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                                                                      : CHAPTER 13

                                                                                  :

**Matthew John Majernik**                                     Bankruptcy # **22-11096-mdc**

         DEBTOR(S)

## ORDER

**AND NOW**, the Order confirming the Chapter 13 plan entered on October 12, 2023 having been enter erroneously.

It is hereby **ORDERED** that the Order Confirming the Chapter 13 is **VACATED** and confirmation is re-scheduled for October 19, 2023 at 11:00 a.m. courtroom #2. (telephonically) .

BY THE COURT:

Date 10/13/2023

*Magdeline D. Coleman*

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge