*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Matthew John Majernik
    Debtor(s)

Case No: 22−11096−mdc

Chapter: 13

---

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Magdeline D. Coleman

, United States Bankruptcy Court 10/19/23 at 11:00 AM , in HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M−20−3003


For The Court

Timothy B. McGrath
Clerk of Court

106
Form 152