United States Bankruptcy Court

Eastern District of Pennsylvania

In re:   Case No. 22-11096-mdc
Matthew John Majernik   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Oct 13, 2023     Form ID: 152     Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol  Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Matthew John Majernik, 237 Jacksonville Road, Apt. B37, Hatboro, PA 19040-2647 |
| 14687304 | + | Greensky, Attn: Bankruptcy Dept, 5565 Gleridge Connector, Ste 700, Atlanta, GA 30342-4796 |
| 14698583 | + | Mary Majernik, c/o Turner N. Falk, Esq., Centre Square West, 1500 Market Street, Suite 3400, Philadelphia, PA 19102-2100 |
| 14698677 | + | Mary Majernik, c/o Turner N. Falk, Esq., Obermayer Rebmann Maxwell & Hippel LLP, Centre Square West, 1500 Market Street, Suite 3400 Philadelphia, PA 19102-2100 |
| 14690662 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14687308 | + | PNC Bank, National Association, 1600 Market Street, Philadelphia, PA 19103-7211 |
| 14703935 | + | Tom and Janet Swayne, c/o Turner N. Falk, Esq., Centre Square West, 1500 Market Street, Suite 3400, Philadelphia, PA 19102-2100 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 14 2023 00:18:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 14 2023 00:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14688388 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 14 2023 00:18:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 14692530 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 14 2023 00:18:00 | ACAR Leasing Ltd., d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 14687295 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 14 2023 00:18:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 14687297 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 14 2023 00:17:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14699382 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 14 2023 00:17:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14687298 | + | Email/Text: BarclaysBankDelaware@tsico.com | Oct 14 2023 00:18:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 14687299 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 14 2023 00:21:26 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 14687301 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 14 2023 00:18:00 | Department of Education/Nelnet, Attn: Bankruptcy, Po Box 82561, Lincoln, NE 68501-2561 |
| 14689137 | | Email/Text: mrdiscen@discover.com | Oct 14 2023 00:17:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14687302 | + | Email/Text: mrdiscen@discover.com | Oct 14 2023 00:17:00 | Discover Financial, Attn: Bankruptcy, Po Box |

Case 22-11096-mdc    Doc 107    Filed 10/15/23    Entered 10/16/23 00:29:20    Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 13, 2023 | Form ID: 152 | Total Noticed: 29 |

| | | | | |
|---|---|---|---|---|
| | | | | 3025, New Albany, OH 43054-3025 |
| 14703570 | + | Email/Text: bankruptcy@greenskycredit.com | Oct 14 2023 00:17:00 | Greensky,LLC, 1797 North East Expressway, Suite 100, Atlanta, GA 30329-2451 |
| 14791634 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 14 2023 00:18:00 | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 14701945 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 14 2023 00:21:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14687305 | | Email/Text: bankruptcygroup@peco-energy.com | Oct 14 2023 00:18:00 | PECO, PO Box 37629, Philadelphia, PA 19101-0629 |
| 14687306 | | Email/Text: blegal@phfa.org | Oct 14 2023 00:18:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |
| 14690510 | ^ | MEBN | Oct 14 2023 00:08:25 | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14701337 | + | Email/Text: blegal@phfa.org | Oct 14 2023 00:18:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14687307 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 14 2023 00:17:00 | PNC Bank, P.O. Box 609, Pittsburgh, PA 15230-9738 |
| 14704551 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 14 2023 00:44:46 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14688693 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 14 2023 00:18:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1904 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14692240 | *+ | ACAR Leasing Ltd. d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| 14687296 | *+ | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 14687300 | *+ | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 14687303 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2023 at the address(es) listed below:

**Name**                              **Email Address**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 13, 2023 | Form ID: 152 | Total Noticed: 29 |

BRIAN CRAIG NICHOLAS
    on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bnicholas@kmllawgroup.com
    bkgroup@kmllawgroup.com

DAVID M. OFFEN
    on behalf of Debtor Matthew John Majernik dmo160west@gmail.com
    davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

LEON P. HALLER
    on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com
    dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

MICHAEL D. VAGNONI
    on behalf of Creditor Mary Majernik michael.vagnoni@obermayer.com
    Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com

MICHAEL D. VAGNONI
    on behalf of Creditor Tom and Janet Swayne michael.vagnoni@obermayer.com
    Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Matthew John Majernik
    Debtor(s)

Case No: 22−11096−mdc
Chapter: 13

___

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Magdeline D. Coleman

, United States Bankruptcy Court 10/19/23 at 11:00 AM , in HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M−20−3003

 

For The Court

Timothy B. McGrath
Clerk of Court

106
Form 152