United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 22-11096-mdc

Matthew John Majernik  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2　　　　　　　　　　　User: admin　　　　　　　　　　　Page 1 of 3
Date Rcvd: Oct 19, 2023　　　　　　　　　Form ID: 155　　　　　　　　　　　Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Matthew John Majernik, 237 Jacksonville Road, Apt. B37, Hatboro, PA 19040-2647 |
| 14687304 | + | Greensky, Attn: Bankruptcy Dept, 5565 Gleridge Connector, Ste 700, Atlanta, GA 30342-4796 |
| 14698583 | + | Mary Majernik, c/o Turner N. Falk, Esq., Centre Square West, 1500 Market Street, Suite 3400, Philadelphia, PA 19102-2100 |
| 14698677 | + | Mary Majernik, c/o Turner N. Falk, Esq., Obermayer Rebmann Maxwell & Hippel LLP, Centre Square West, 1500 Market Street, Suite 3400 Philadelphia, PA 19102-2100 |
| 14690662 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14687308 | + | PNC Bank, National Association, 1600 Market Street, Philadelphia, PA 19103-7211 |
| 14703935 | + | Tom and Janet Swayne, c/o Turner N. Falk, Esq., Centre Square West, 1500 Market Street, Suite 3400, Philadelphia, PA 19102-2100 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14688388 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 20 2023 00:11:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 14692530 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 20 2023 00:11:00 | ACAR Leasing Ltd., d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 14687295 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 20 2023 00:11:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 14687297 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 20 2023 00:11:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14699382 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 20 2023 00:11:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14687298 | + | Email/Text: BarclaysBankDelaware@tsico.com | Oct 20 2023 00:11:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 14687299 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 20 2023 00:12:32 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 14687301 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 20 2023 00:11:00 | Department of Education/Nelnet, Attn: Bankruptcy, Po Box 82561, Lincoln, NE 68501-2561 |
| 14689137 | | Email/Text: mrdiscen@discover.com | Oct 20 2023 00:11:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14687302 | + | Email/Text: mrdiscen@discover.com | Oct 20 2023 00:11:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14703570 | + | Email/Text: bankruptcy@greenskycredit.com | Oct 20 2023 00:11:00 | Greensky,LLC, 1797 North East Expressway, Suite 100, Atlanta, GA 30329-2451 |
| 14791634 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 20 2023 00:11:00 | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 14701945 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

Case 22-11096-mdc    Doc 113    Filed 10/21/23    Entered 10/22/23 00:31:23    Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 19, 2023 | Form ID: 155 | Total Noticed: 27 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 20 2023 00:12:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14687305 | | Email/Text: bankruptcygroup@peco-energy.com | Oct 20 2023 00:11:00 | PECO, PO Box 37629, Philadelphia, PA 19101-0629 |
| 14687306 | | Email/Text: blegal@phfa.org | Oct 20 2023 00:11:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |
| 14690510 | ^ | MEBN | Oct 20 2023 00:07:58 | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14701337 | + | Email/Text: blegal@phfa.org | Oct 20 2023 00:11:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14687307 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 20 2023 00:11:00 | PNC Bank, P.O. Box 609, Pittsburgh, PA 15230-9738 |
| 14704551 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 20 2023 00:24:21 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14688693 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 20 2023 00:11:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1904 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14692240 | *+ | ACAR Leasing Ltd. d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| 14687296 | *+ | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 14687300 | *+ | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 14687303 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2023            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| DAVID M. OFFEN | on behalf of Debtor Matthew John Majernik dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 19, 2023 | Form ID: 155 | Total Noticed: 27 |

DAVID M. OFFEN
    on behalf of Creditor Mary Majernik dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

LEON P. HALLER
    on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com
    dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

MICHAEL D. VAGNONI
    on behalf of Creditor Mary Majernik michael.vagnoni@obermayer.com
    Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com

MICHAEL D. VAGNONI
    on behalf of Creditor Tom and Janet Swayne michael.vagnoni@obermayer.com
    Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Matthew John Majernik
        Debtor(s)                                  Chapter: 13

                                                                Bankruptcy No: 22−11096−mdc

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this October 19, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                          Magdeline D. Coleman
                                                          Chief Judge, United States Bankruptcy Court

                                                                                        112 − 110
                                                                                        Form 155