IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Matthew John Majernik | : | No.  22-11096 |
| **Debtor** | : | |

### CERTIFICATION OF NO RESPONSE TO
### APPLICATION FOR COMPENSATION OF ATTORNEY FEES

I hereby certify that I have received no answer, objection or other responsive pleading to the Application for Compensation of Attorney Fees and respectfully request that the Order attached to the Application be approved.

**Dated: 04/05/2024**

**/s/  David M. Offen**
**Attorney for Debtor**
**The Curtis Center**
**601 Walnut Street, Suite 160 West**
**Philadelphia, PA  19106**
**215-625-9600**